# United States Court of Appeals

## For the Eighth Circuit

_____

No. 21-1236

_____

United States of America

*Plaintiff - Appellee*

v.

Curlie Marque Quarterman

*Defendant - Appellant*

_____

No. 21-1237

_____

United States of America

*Plaintiff - Appellee*

v.

Curlie Marque Quarterman

*Defendant - Appellant*

_____

Appeals from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: September 20, 2021
Filed: September 23, 2021
[Unpublished]
_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Curlie Quarterman pleaded guilty to being a felon in possession of a firearm and Hobbs Act robbery. *See* 18 U.S.C. §§ 922(g)(1), 1951(a). The district court[1] consolidated the cases and gave him a 228-month sentence. In an *Anders* brief, Quarterman's counsel argues that two prior felonies should have been treated as one under the Armed Career Criminal Act because they were not committed on "occasions different from one another." 18 U.S.C. § 924(e).

We conclude that the district court did not plainly err in concluding otherwise. *See United States v. Boman*, 873 F.3d 1035, 1040 (8th Cir. 2017) (reviewing an ACCA determination for plain error in the absence of an on-point objection); *see also United States v. Humphrey*, 759 F.3d 909, 911 (8th Cir. 2014) (explaining when felonies are committed on different occasions). Nor, under circuit precedent, did the issue need to be decided by a jury. *See United States v. Harris*, 794 F.3d 885, 887 (8th Cir. 2015) (stating that whether prior offenses were committed on different occasions is a recidivism-related fact that is for the district court to determine).

Finally, we have independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.